# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2018

157169-70

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* KML FAISON, Minor.

SC: 157169
COA: 338808
Wayne CC Family Division:
13-511911-NA

_____/

*In re* BRAGG, Minors.

SC: 157170
COA: 338811
Wayne CC Family Division:
13-511911-NA

_____/

On order of the Court, the application for leave to appeal the January 9, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2018



Clerk

p0327